ACCEPTED
04-14-00606-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/26/2015 9:16:02 PM
KEITH HOTTLE
CLERK

NO. 04-14-00606-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/26/2015 9:16:02 PM
KEITH E. HOTTLE
Clerk

## IN THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS
### SAN ANTONIO, TEXAS

**ARGO GROUP US, INC., COLONY MANAGEMENT SERVICES, INC., COLONY INSURANCE COMPANY, COLONY NATIONAL INSURANCE COMPANY, COLONY SPECIALTY INSURANCE COMPANY, COLONY AGENCY SERVICES, INC., AND ARGO GROUP INTERNATIONAL HOLDINGS, LTD.,**

**Appellants,**

**v.**

**LOUIS D. LEVINSON, INTERNATIONAL FINANCIAL GROUP, INC., GUILFORD SPECIALTY GROUP, INC., GUILFORD INSURANCE COMPANY, AND THE BURLINGTON INSURANCE COMPANY,**

**Appellees.**

**Appeal from the 221st Judicial District Court, Bexar County, Texas
Trial Court Cause No. 2014-CI-09550
Hon. Antonia Arteaga, Presiding**

**APPELLEES' MOTION FOR LEAVE TO FILE SUR-REPLY TO APPELLANTS' REPLY TO APPELLEES' RESPONSE TO APPELLANTS' MOTION FOR REHEARING**

TO THE HONORABLE COURT OF APPEALS:

DC: 5624465-6

Appellees Louis D. Levinson ("Levinson"), International Financial Group, Inc. (together with its affiliates, "IFG"), Guilford Specialty Group, Inc., Guilford Insurance Company, and the Burlington Insurance Company (collectively "Appellees") move for leave to file a Sur-Reply to the Reply filed on March 24, 2015 by Appellants Argo Group US, Inc., Colony Management Services, Inc., Colony Insurance Company, Colony National Insurance Company, Colony Specialty Insurance Company, Colony Agency Services, Inc., and Argo Group International Holdings, Ltd. (collectively "Appellants") to Appellees' Response to Appellants' Motion for Rehearing (attached as Exhibit A hereto) and would respectfully show the Court as follows:

## INTRODUCTION

1.  Appellants filed their Motion for Rehearing on January 29, 2015.

2.  On February 25, 2015, the Court requested that Appellees submit a response to the Motion for Rehearing pursuant to Texas Rule of Appellate Procedure 49.2.  Appellees filed their Response to Appellants' Motion for Rehearing (the "Response") on March 11, 2015.

3.  Neither the Texas Rules of Appellate Procedure nor the Local Rules of this Court provides for a reply to a response to a motion for rehearing; and the Court did not request a reply from Appellees here.  Nevertheless, on March 24, 2015, without conferring with counsel for Appellees and without requesting leave

2

from the Court, Appellants filed their Reply to Appellees' Response (the "Reply"). Because the Reply misconstrues both the law and Appellees' position, Appellees seek leave from this Court to file a sur-reply to Appellants' Reply.

## ARGUMENT

4.      The Texas Rules of Appellate Procedure and the Local Rules of this Court do not expressly provide for reply briefs on motions for rehearing. Without conferring with counsel for Appellees and without moving for leave to file a reply brief, Appellants filed their Reply to Appellees' Response.

5.      Appellees submit that their Response, even without further briefing, establishes that Appellants' Motion for Rehearing is without merit. However, Appellees believe that a short sur-reply to a few points in Appellants' Reply would be assist the Court.

6.      Notably, Appellants' Reply is as long as their original Motion for Rehearing and is not limited to a simple reply to the assertions raised in Appellees' Response. Further, Appellants' Reply mischaracterizes authorities cited therein and misstates Appellees' position.

7.      Accordingly, Appellees move for leave to file their sur-reply to clarify Appellees' position and distinguish the authorities cited in Appellants' Reply to the record before this Court so that justice may be served.

8.      Undersigned counsel conferred with Jonathan D. Pauerstein, attorney for Appellants, on March 26, 2015 regarding this Motion for Leave.  This Motion for Leave is opposed.

9.      Appellees' proposed Sur-Reply to Appellants' Reply on the Motion for Rehearing is appended hereto as Exhibit A.  Appellees' Sur-Reply is 490 words in length.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Appellees pray that the Court grant this Motion for Leave and direct the Clerk of Court to file Appellees' Sur-Reply to Appellants' Reply to Appellees' Response to Appellants' Motion for Rehearing among the papers in this appeal.

Respectfully submitted,

/s/ Julia W. Mann_____

| | |
|---|---|
| Lawrence Morales, II | Julia W. Mann |
| State Bar No. 24051077 | State Bar No. 00791171 |
| The Morales Law Firm, P.C. | Jackson Walker L.L.P. |
| 115 E. Travis, Suite 1530 | 112 E. Pecan Street, Suite 2400 |
| San Antonio, TX 78205 | San Antonio, TX 78205 |
| Tel: (210) 225-0811 | Tel: (210) 978-7700 |
| lawrence@themoralesfirm.com | jmann@jw.com |

**ATTORNEY FOR LOUIS D. LEVINSON**

Anthony Herman
*Pro Hac Vice*
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5280
aherman@cov.com

**ATTORNEYS FOR APPELLEES INTERNATIONAL FINANCIAL GROUP, INC., GUILFORD SPECIALTY GROUP, INC., GUILFORD INSURANCE COMPANY, AND THE BURLINGTON INSURANCE COMPANY**

## CERTIFICATE OF CONFERENCE

Undersigned counsel conferred with Jonathan D. Pauerstein, attorney for Appellants, on March 26, 2015 regarding this Motion for Leave. This Motion for Leave is opposed.

/s/ Julia W. Mann _____
Julia W. Mann

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that this document contains 496 words (counting all parts of the document). The body text is in 14 point font and footnotes are in 14 point font.

/s/ Julia W. Mann
Julia W. Mann

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of March, 2015, a true and correct copy of the MOTION FOR LEAVE TO FILE SUR-REPLY was served via electronic service or email upon:

Jonathan D. Pauerstein
Stephen K. Lecholop II
Rosenthal Pauerstein
Sandoloski Agather LLP
755 E. Mulberry, Suite 200
San Antonio, Texas  78212
(210) 225-5000
(210) 354-4034 – Fax
**ATTORNEY FOR APPELLANTS**

Steven L. Manchel
Michael G. Donovan
100 River Ridge Drive, Suite 308
Norwood, MA  02062
(617) 796-8920
(617) 796-8921 – Fax
**OF COUNSEL FOR APPELLANTS**

/s/ Julia W. Mann
Julia W. Mann